IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KYMBERLY KRAUSE,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE EDUCATION LLC, a Utah Corporation,<br><br>Defendant. | **ORDER DISMISSING FOR LACK OF JURISDICTION**<br><br>Case No. 2:17-mc-524<br><br>Judge Clark Waddoups |

Plaintiff's commenced this miscellaneous action upon filing a "Motion for Approval of FLSA Settlement." (Dkt. No. 1.) For the reasons stated in the court's memorandum decision and order in *Chappell v. Copper View Animal Hospital*, Case No. 1:17-mc-52, the court DENIES the Motion. (Dkt. No. 1.) Absent the filing of a complaint, the court is without jurisdiction in this matter. Thus, the court DISMISSES the action without prejudice for lack of jurisdiction.

DATED this 8th day of June, 2017.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

1